1
2
3
4
5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

6
7      WAYNE RICKY ELSON RUDDER,        )
8                                       )      NO. **CV-10-3104-LRS**
              Plaintiffs,               )
9                                       )      **ORDER DENYING**
                                        )      **MOTION FOR RECONSIDERATION**
10            v.                        )
                                        )
11     DETECTIVE MIKE AKENS, et al.,    )
                                        )
12            Defendants.               )
13     _____ )

14         Plaintiff has filed a Motion For Reconsideration (Ct. Rec. 12) asking the

15     court to reconsider its order denying him *in forma pauperis* status (Ct. Rec. 11).

16         This court had all the information it needed, specifically the pre-filing

17     review order from the Western District of Washington (Ct. Rec. 8 in C07-5679

18     FDB), to properly revoke Plaintiff's *in forma pauperis* status.  That order was

19     based on a "Report and Recommendation" which painstakingly details Plaintiff's

20     lengthy history of abusive litigation.  (Ct. Rec. 7 in C07-5679 FDB).  In the

21     Western District of Washington, Plaintiff was afforded all the process that was due

22     to him before he was declared a vexatious litigant.  (See "Report and

23     Recommendation," Ct. Rec. 7 in C07-5679 FDB at pp. 7-8).  Plaintiff appealed the

24     pre-filing review order to the Ninth Circuit Court of Appeals and his appeal was

25     ultimately dismissed by the circuit which found his appeal "so insubstantial as to

26     not warrant further review."  (Ct. Rec. 10 and 15 in C07-5679 FDB).

27         Plaintiff is not entitled to a "fresh start" in the Eastern District of

28

**ORDER DENYING MOTION**
**FOR RECONSIDERATION-        1**

1    Washington which would ignore his history in the Western District of Washington
2    and the Ninth Circuit.  Plaintiff's Motion For Reconsideration (Ct. Rec. 12) is
3    **DENIED**.

4    Because Plaintiff has failed to pay the filing fee as required, the captioned
5    action is **DISMISSED with prejudice**.  The District Executive shall enter
6    judgment accordingly.  This court hereby certifies that any appeal taken from this
7    order and the prior "Order Revoking IFP Status" (Ct. Rec. 11) is not taken in good
8    faith.  28 U.S.C. Section 1915(a)(3).  This file shall be closed.  Other than the
9    filing of a Notice of Appeal to the Ninth Circuit, this court will not permit the
10   filing of any additional motions for reconsideration in this now closed file.  All
11   pending motions (Ct. Rec. 3 and 7) are **DENIED** as moot.

12   **IT IS SO ORDERED.**  The District Court Executive shall forward a copy
13   of the judgment and this order to the Plaintiff and to counsel of record.

14   **DATED** this_____22nd_____ day of December, 2010.

15

16                        *s/Lonny R. Suko*

17   _____
                        LONNY R. SUKO
18                      Chief U. S. District Court Judge

19

20

21

22

23

24

25

26

27

28

**ORDER DENYING MOTION
FOR RECONSIDERATION-        2**